ARTHUR SIMS V. STATE.

No. 25690. February 6, 1952.
Appellant's Motion for Rehearing Granted March 26, 1952.

144

Hon. C. L. McIver, Judge Presiding.

*Bennett & Bennett,* by *Mac L. Bennett, Jr.,* Normangee, for appellant.

*George P. Blackburn,* State's Attorney, Austin, for the state.

BEAUCHAMP, Judge.

Appellant was convicted by a jury on a charge of selling intoxicating liquor and was assessed a fine of $300.00 from which he appeals.

The evidence in the case sustains the jury's verdict. There are two bills of exception, neither of which raises a question of law of sufficient importance to require discussion. They have been considered and are overruled.

Finding no reversible error the judgment of the trial court is affirmed.

ON APPELLANT'S MOTION FOR REHEARING.

WOODLEY, Judge.

Our attention is directed to the fact that there is no evidence to be found in the statement of facts establishing the dry status of Leon County.

The state offered in evidence certain pages of the minutes of the district court which the clerk identified as containing the judgment in the election contest adjudging the sale of intoxicating liquor in Leon County to be unlawful, and the objection offered by appellant was overruled. The record is silent as to whether the judgment was then read or admitted as an exhibit, and the statement of facts does not show such judgment.

In the absence of proof of the dry statuts of Leon County in the record, the evidence is insufficient to sustain the conviction.

Appellant's motion for rehearing is granted, the order of affirmance is set aside, and the judgment is now reversed and the cause remanded.

Opinion approved by the court.